| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Breyer, Charles R. | N.D. of California | 07/31/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US District Court <br> 450 Golden Gate Ave, 17th Fl <br> San Francisco, Ca. 94102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Berkeley Law UC Boalt Hall Alumni Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Breyer, Charles R.**

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Salary - City Arts & Lectures, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University | 03/17/10 - 03/18/10 | Malibu, California | Professional Association | Meals, travel and hotel |
| 2. | Aspen institute | 06/11/10 - 06/13/10 | Greentree Estates, New York | Professional Association | Meals, travel and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 9) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pacific Gas & Electric, common stock | B | Dividend | K | T | | | | | |
| 2. Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 3. Piper Jaffray Money Market | A | Dividend | K | T | | | | | |
| 4. Nike, common stock | A | Dividend | J | T | | | | | |
| 5. Great Lakes Bancorp | | None | J | T | Merged (with line 6) | | | | |
| 6. First Nigara Group | A | Dividend | J | T | | | | | Acquired Great Lakes |
| 7. U.S. Bancorp, common stock | B | Dividend | M | T | | | | | |
| 8. Vacation Cabin, Norden, California | | None | J | W | | | | | |
| 9. Fresno Industrial Park (Formerly Rental) | | None | N | W | | | | | Still own, but no income |
| 10. IRA #1 (Items 11 - 37) | | | | | | | | | |
| 11. Berkshire Hathaway Cl "B" | | None | L | T | | | | | |
| 12. Columbia Acorn | C | Dividend | L | T | | | | | |
| 13. Westport Select Cap Fund | E | Dividend | L | T | | | | | |
| 14. Harbor Int'l Fund | D | Dividend | L | T | | | | | |
| 15. Third Avenue Int'l Fund | E | Dividend | M | T | | | | | |
| 16. Blackrock Inflation Pro Bond Port | B | Dividend | N | T | | | | | |
| 17. Global Macro Fund | A | Dividend | J | T | Buy | 09/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 09/08/10 | J | | |
| 19. Northern Lights Fund | | None | | | Buy | 02/17/10 | K | A | Item was sold 09/03/10 |
| 20. IShares MSCI EAFE Index | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 21. IShares Barclays Treasury Inflation | B | Dividend | N | T | | | | | |
| 22. IShares Barclays US Aggregate Bond | B | Dividend | N | T | | | | | |
| 23. IShares TR MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 24. IShares IBOXX $ Investor | C | Dividend | N | T | | | | | |
| 25. IShares S&P North American Natural | A | Dividend | L | T | | | | | |
| 26. IShares Tr Russell Midcap Index | A | Dividend | L | T | | | | | |
| 27. IShares Tr Russell 1000 Value Index | A | Dividend | M | T | | | | | |
| 28. IShares Tr Russell 1000 Growth Index | A | Dividend | M | T | Buy (add'l) | 03/18/10 | J | | |
| 29. IShares Tr Russell 1000 Index | A | Dividend | L | T | Buy (add'l) | 03/18/10 | J | | |
| 30. Pimco Total Return | C | Dividend | M | T | | | | | |
| 31. Templeton Global Bond | A | Dividend | M | T | | | | | |
| 32. Fidelity Cash Reserves | A | Dividend | N | T | | | | | |
| 33. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 34. Wells Fargo Bank, San Francisco, Calfiornia | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 36. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 37. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 38. IRA #2 (39 - 48) | | | | | | | | | |
| 39. Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 40. Global Macro Fund | A | Dividend | L | T | Buy | 09/08/10 | L | | |
| 41. Permanent Portfolio Fund | A | Dividend | L | T | Buy | 09/03/10 | L | | |
| 42. Northern Lights Fund | | None | | | Buy | 02/17/10 | M | A | Sold 09/03/10 |
| 43. Select American Shares | A | Dividend | J | T | | | | | |
| 44. Schroder Muni Bond | B | Dividend | J | T | | | | | |
| 45. Schroder Short Term Bond | A | Dividend | J | T | | | | | |
| 46. Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 47. Westport Select Funds | | None | J | T | | | | | |
| 48. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Breyer, Charles R. | 07/31/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 07/31/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544